**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT LONDON**
**CRIMINAL MINUTES-ARRAIGNMENT AND PLEA**

**Case No. 6:26-CR-034-1-REW-HAI At: London Date: March 9, 2026**

**U.S.A. vs Michael Stuart _X_ present __custody _X_ OR AGE__**

---

**DOCKET ENTRY: Defendant was arraigned on Indictment and advised of all constitutional rights. Based on the evaluation of the United States Probation Office and in the absence of any motion for detention, the Court finds the conditions of release proposed by the US Probation Office are appropriate under the Bail Reform Act. The Defendant is released on the terms and conditions set forth in the Order Setting Conditions of Release as stated on the record.**

**Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.**

---

**PRESENT: HON. EDWARD B. ATKINS, U.S. MAGISTRATE JUDGE**

| Joshua Powers | Audio File Number | Kelly Ridings for Andrew Trimble | Brittany Crisp |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney | USPO |

I, Joshua Powers, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: **KYED-LON_6-26-CR-034-1-REW-HAI_20260309_125110.**

**Counsel for Deft Patrick O'Neill _X_ present ___retained _X_ appointed**

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

**_X_ Copy of Indictment/Information given to the defendant.**

**_X_ Defendant states true name is as it appears on the indictment.**

**_X_ Ordered Patrick O'Neill is appointed Attorney under the Criminal Justice Act. The Court has reviewed Defendant's affidavit which establishes CJA eligibility.**

**_X_ Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P.**

**_X_ Defendant waives reading of Indictment-Information __Indictment-Information read.**

**_X_ Defendant pleads__Guilty to Counts______ _X_ Not guilty to all counts**

**_X_ Assigned for jury trial before Judge Robert E. Wier on May 14, 2026, at 8:30 a.m., United States District Court, London, Kentucky. Attorneys to be present at 8:00 a.m. The anticipated length of trial is 5 days.**

__ **This matter will be assigned for an evidentiary hearing before Magistrate Judge Hanly A. Ingram if any motions are filed which require a hearing.**

_X_ **The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.**

__ **Defendant remanded to the custody of the U.S. Marshal pending further orders of this Court.**

_X_ **Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release.**

_X_ **US Probation Office directed to prepare and circulate the Pretrial Services Report to counsel via email. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential as required by 18 U.S.C. § 3153(c)(1). Counsel shall either return the pretrial services report prepared by the United States Probation Office to the USPO, or shall permanently delete/destroy all copies thereof (such as electronic copies in an inbox or sent mail folder).**

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

**Copies: COR, USP,USM**

**Initials of Deputy Clerk: _jp_**

TIC: 10 min.