# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON
# CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

**Case No. 6:26-CR-34-REW-HAI-1** **At: London** **Date: July 21, 2026**

**U.S.A. vs Michael Stuart X present X OR __ custody AGE: 42**

---

**DOCKET ENTRY: Defendant was placed under oath and questioned by the Court. Consent to Plead Before United States Magistrate Judge executed by Defendant. Further, the Court finds the Defendant to be fully competent and capable of entering an informed plea. Defendant knowingly, voluntarily, and intelligently waived the right to appeal the guilty plea and conviction, but reserves the right to appeal the sentence. Except for claims of ineffective assistance of counsel, Defendant also waived the right to collaterally attack the guilty plea, conviction, and sentence. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing the essential elements of the relevant offense charged in Count 39 of the Indictment. Therefore, the Court recommends that the plea should be accepted and the Defendant should be adjudged guilty of the offense charged in Count 39 of the Indictment. A separate Recommendation concerning plea acceptance will be entered. The United States indicated that it will move to dismiss Counts 1-38, 40, and 41 at sentencing.**

**Defendant conceded forfeitability of the property specified in the forfeiture allegation, and admitted a sufficient nexus can be established by the government with respect to the firearm involved in the count of conviction. Counsel and the Court reviewed, in detail, the effect of the forfeiture provisions in the plea agreement including ATF Form 3400 which is an addendum to the plea agreement. Counsel for the United States SHALL promptly file that addendum in the record.**

**The United States previously filed the signed plea agreement in the record, D.E. 20. The signed plea agreement filed in the record is deemed the original plea agreement for docketing purposes. The printed original shall be maintained by counsel for the government in the case file.**

**Counsel for the United Stated represented that, unless there is a bond violation, there is no objection to continued release on conditions, even post-conviction. Notably, the offense of conviction does not require mandatory conviction post-plea.**

---

**PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE**

| Amanda Ramsey | Audio File Number | Scott Greiwe (Tel.) | Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | U.S. Probation | Assistant U.S. Attorney |

I, Amanda Ramsey, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-26-CR-34-REW-HAI-1_20260721_133442.

**Counsel for Deft: Patrick O'Neill X present X CJA _ retained**

**PROCEEDINGS: RE-ARRAIGNMENT AND GUILTY PLEA**

**X** Copy of Indictment previously given to Defendant.

**X** Defendant states true name is **Michael Joe Stuart**.

**X** **Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. X Indictment Read.**

**X** **Defendant moves to CHANGE PLEA to Count 39 of the Indictment. X Court grants motion.**

**X** **Defendant pleads X GUILTY to Count 39 of the Indictment. __ Not guilty to count(s) _.**

**X** **PLEA AGREEMENT filed in the record, D.E. 20.**

**X** **The transcript shall be deemed the written findings of the Court.**

**_** **Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.**

**X** **The Court verified that the United States was pursuing appropriate notification of potential victim(s),per 18 U.S.C. § 3771.**

**X** **Defendant shall remain on bond and conditions of release as previously imposed.**

**_** **Defendant remanded to the custody of the United States Marshal.**

**X** **Jury trial previously canceled, D.E. 18.**

**X** **Sentencing to be set by separate order.**

**Copies: COR, USP, USM**

**Clerk's Initials: apr**

**TIC: 55 mins.**

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge