**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Consent to Forfeiture or Destruction of Property and Waiver of Notice

1. Investigation Number 25-14983

| | |
|---|---|
| 2. Full Name and Address of Party Granting Consent<br>Michael Stuart<br>[redacted] | 3a. Date of Seizure/Receipt<br><br>3b. Date taken into ATF Custody |
| 4. Judicial District in which Property was Seized/Received<br>KYE | 5. ATF Field Division<br>London |

**6. Description of Property**

| (a) Item Number | (b) Description of Property |
|---|---|
| | See attached list. |

**(Use reverse side if necessary)**

**7. Consent to Forfeiture or Destruction of Property and Waiver of Notice**

I, the undersigned, hereby voluntarily surrender and relinquish all rights, title, and interest in, and all claims to the above-described property in order that said property may be disposed of by the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in accordance with law. I understand that the above-described property may be subject to administrative or judicial forfeiture under State or Federal law, or may otherwise be disposed of in accordance with law, including destruction as abandoned property or contraband material. I hereby expressly consent to such action by ATF without further notice.

In the event that ATF seeks to forfeit the above-described property, I understand that ATF is required to send notice of any non-judicial civil forfeiture proceeding pursuant to Title 18, United States Code, Section 983 or Title 19, United States Code, Section 1607. I hereby consent to the forfeiture of the above-described items. Furthermore, I expressly waive any right to receive notice of any forfeiture proceeding, any right to challenge any forfeiture, and any right to later request remission or mitigation of forfeiture or otherwise seek the return of the above-described property under Federal law. I hereby expressly waive all constitutional, legal and equitable claims arising out of and/or defenses to forfeiture of the above-described property in any proceeding, including any claim of innocent ownership and any claim or defense under the Eighth Amendment, including any claim that such forfeiture constitutes an Excessive Fine.

I further agree to unconditionally release and hold harmless the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees and agents from any and all claims, grievances, entitlements, demands, damages, causes of action or suits, whether in their official or individual capacity, of whatever kind and description, and wherever situated, that might now exist or hereafter arise by reason of, or growing out of, or affecting, directly or indirectly, the possession, seizure, custody, destruction, or other lawful disposition of the above-described property. I further agree to hold harmless and indemnify the Bureau of Alcohol, Tobacco, Firearms and Explosives, its officers, employees, and agents, to the extent of the value of the above-described property, against any claims possessed by any third party that may arise in any way from the possession, seizure, custody, destruction, or other lawful disposition of the above-described property in accordance with law.

| Signature | Date |
|---|---|
| | |

**8. Witnessed by**

| | |
|---|---|
| a. Special Agent Signature | Date |
| b. Other Witness Signature (Name and Title) | Date |

1. Tactical Solutions, LLC, Model X-Ring VR, multi- caliber rifle with serial number TSX22610;
2. Smith & Wesson, Model M&P 15, 5.56 NATO caliber rifle with serial number TK34441;
3. CZ (Ceska Zbrojovka), Model CZ457 Varmint, .22LR caliber rifle with serial number J121758;
4. Volquartsen Custom LTD, Model Black Mamba, .22LR caliber pistol with serial number BM08736;
5. Ruger, Model AR556 MPR, 5.56 NATO caliber rifle with serial number 1851-55875;
6. Ruger, Model 10/22 Sixth Edition, .22LR caliber rifle with serial number R60-03234;
7. SAI, Model Hellcat Pro, 9mm caliber pistol with serial number BF482137;
8. Glock, Model 43, 9mm caliber pistol with serial number AFLR947;
9. SAI, Model Victor, .308 caliber rifle with serial number ST237076;
10. Henry, Model Big Boy X .357/38SPL, .357 caliber rifle with serial number XBBS24813M;
11. Christensen Arms, Model MPR Rimfire, .22LR caliber rifle with serial number A4CF10663;
12. CZ, Model All American Trap, 12-gauge shotgun with serial number 57-H23UU-003010;
13. Black Rain Ord., Model BRO Executive Micarta, .22LR caliber rifle with serial number XM001915;
14. CZ, Model MTR Varmint Match, .22LR caliber pistol with serial number J037074;
15. Seekins Precision, Model Havak Hit, 6.5 Creedmoor caliber rifle with serial number HT06850;
16. Seekins Precision, Model Havak PH2 MNT Grey, 6mm Creedmoor caliber rifle with serial number 47255;
17. Bergara, Model B14 crest, 7mm PRC caliber rifle with serial number 61-06-136590-23;
18. FN, Model 509, 9mm caliber pistol with serial number GKS0012632;
19. LWRC, Model IC Nine Pistol, 9mm caliber pistol with serial number 9AI00312;
20. Ruger, Model American Talo Edition, 7.62 x 51 NATO / .308 WIN caliber rifle with serial number 690817732;
21. Battle Arms Development, Model Workhorse, multi-caliber rifle with serial number WP16886;
22. Rugged Suppressors, Model Obsidian, 9mm caliber silencer with serial number CCFB9-31008;
23. Thunder Beast Arms Corp. (TBAC), Model Ultra 7, .30 caliber silencer with serial number G40437; and
24. All associated ammunition and accessories.